In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-281 CR


____________________



CAREY DEXTER BOOKER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 96402






 MEMORANDUM OPINION 


 Carey Dexter Booker was convicted and sentenced on an indictment for unlawful
possession of a firearm by a felon. Booker filed a notice of appeal on June 20, 2006. The
trial court entered a certification of the defendant's right to appeal in which the court certified
that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district court.

 On June 28, 2006, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered September 6, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.